IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TIFFANY BOECKER, | * |
| Plaintiff, | * |
| v. | Case No.5:21-cv-459-CAR |
| | * |
| AMAZON.COM INC , | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 19, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 19th day of July, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk